

1  McGREGOR W. SCOTT
   United States Attorney
2  Samantha S. Spangler
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

DEC 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:07 - CR 0 0 5 5 7 MCE

| UNITED STATES OF AMERICA, | ) |
|---|---|
|             Plaintiff, | ) ORDER TO SEAL |
|     v. | ) (UNDER SEAL) |
| LYRA NIESHIA MATTHEWS, | ) |
|             Defendant. | ) |

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: December 12, 2007

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1