```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LYRA NIESHIA MATTHEWS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-00557-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| LYRA NIESHIA MATTHEWS, | ) Date:  March 6, 2008 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, |
| | )        Jr. |
| _____ | ) |

   It is hereby stipulated between the parties, Samantha Spangler, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant LYRA NIESHIA MATTHEWS, that the Status Conference hearing date of February 7, 2008, is vacated and a new Status Conference hearing date of March 6, 2008, at 9:00 a.m. is hereby set.

   This continuance is requested because of on-going defense investigation and preparation.

///

///

It is further stipulated that the period from February 7, 2008, through and including March 6, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   February 6, 2008          Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender


                                                  /s/ Mary M. French
                                                MARY M. FRENCH
                                                Supervising Assistant
                                                Federal Defender
                                                Attorney for Defendant
                                                LYRA NIESHIA MATTHEWS


Dated:   February 6, 2008          MCGREGOR W. SCOTT
                                                United States Attorney


                                                /s/   Mary M. French for
                                                       Samantha Spangler

                                                SAMANTHA SPANGLER
                                                Assistant U.S. Attorney
                                                per telephonic authorization


IT IS SO ORDERED.


 Dated: February 8, 2008

                                                _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE