McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LYRA MATTHEWS,<br><br>    Defendant. | Case No. 2:07-cr-557 MCE<br><br>STIPULATION AND [PROPOSED]<br>ORDER ADDING CONDITIONS OF<br>PRETRIAL RELEASE<br><br><br><br>Court:  Hon. Gregory G. Hollows |

Stipulation

This matter was before the Court on January 30, 2008, for the defendant's initial appearance. The defendant was ordered released on a $10,000 unsecured bond, under the supervision of the Pretrial Services Agency, with certain specific conditions. Because the defendant had not yet been interviewed by a Pretrial Services Officer, the defendant was directed to report to that agency following the court proceeding, and the Court indicated that additional conditions of supervision could be added, if appropriate. A Pretrial Services Officer has now interviewed the defendant. In light of the defendant's recent history of use of marijuana, the Pretrial Services Officer has asked that two conditions be added related to refraining from use and testing. Because the defendant

1

1  is in a high-risk pregnancy, the Pretrial Services Officer has
2  agreed to be somewhat flexible in executing the testing condition.
3  The parties stipulate that these conditions, as set forth in the
4  attached proposed order, may be added and that this may be
5  accomplished by this stipulation and proposed order in lieu of an
6  additional appearance.

7  DATED:  January 31, 2008                McGREGOR W. SCOTT
                                           United States Attorney
8
9                                    by    /s/ Samantha Spangler
                                           Samantha S. Spangler
10                                         Assistant U.S. Attorney

11  DATED:  2-12       , 2008              DANIEL A. BRODERICK
                                           Federal Defender
12
13                                   by    /s/ Mary Fren for
                                           Ned Smock
14                                         Assistant Federal Defender
                                           Counsel for Ms. Matthews
15

16  DATED:  2-12       , 2008              /s/ Lyra Matthews
                                           Lyra Matthews
17                                         Defendant

18                                  Order

19       Good cause appearing, the Court adopts the stipulation of the
20  parties and the defendant's conditions of pretrial release are
21  modified to add the following conditions:
22       (a)  You shall refrain from excessive use of alcohol or any use
23  of a narcotic drug or other controlled substance without a
24  prescription by a licensed medical practitioner; and you shall
25  notify Pretrial Services immediately of any prescribed
26  medication(s).  However, medicinal marijuana, prescribed or not, may
27  not be used.
28  ///

1     (b)   You shall submit to drug or alcohol testing as approved by
2 the pretrial services officer.
3     IT IS SO ORDERED.
4 DATED: February 19, 2008

GREGORY G. HOLLOWS
United States Magistrate Judge

3