```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    LYRA MATTHEWS
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. 2:07-cr-00557-MCE
                                 )
13            Plaintiff,         )
                                 ) DEFENDANT'S WAIVER OF APPEARANCE
14       v.                      )
                                 ) Judge:  Hon. Morrison C. England,
15  LYRA MATTHEWS,               ) Jr.
                                 )
16            Defendant.         )
    _____)
17
```

18       Pursuant to Fed.R.Crim.P. 43, defendant, LYRA MATTHEWS, hereby
19  waives the right to be present in person in open court upon the hearing
20  of any motion or other proceeding in this case, including, but not
21  limited to, when the case is set for trial, when a continuance is
22  ordered, and when any other action is taken by the Court before or
23  after trial, except upon arraignment, initial appearance, trial
24  confirmation hearing, entry of plea, and every stage of trial including
25  verdict, impanelment of jury and imposition of sentence.
26       Defendant hereby requests the Court to proceed during every
27  absence of hers which the Court may permit pursuant to this waiver and
28  agrees that her interests will be deemed represented at all times by

1 the presence of her attorney, the same as if the defendant were
2 personally present.  Defendant further agrees to be present in Court
3 ready for trial any day and hour the Court may fix in her absence.
4    The defendant further acknowledges that she has been informed of
5 her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
6 and authorizes her attorney to set times and delays under that Act
7 without her personal presence.
8 Dated: February 12, 2008

10                                  /s/ Lyra Matthews
                                   LYRA MATTHEWS
11                                 (Original retained by attorney)

12     I concur in Ms. Matthews' decision to waive her presence at future
13 proceedings.

14 Dated:  February 12, 2008        Respectfully submitted,

15                                  DANIEL J. BRODERICK
                                   Federal Defender
16
                                    /s/ Mary M. French
17                                 MARY M. FRENCH
                                   Supervising Assistant
18                                 Federal Defender
                                   Attorney for Defendant
19                                 LYRA MATTHEWS

20
IT IS SO ORDERED.
21
22  Dated: February 19, 2008

23
24                                 _____
                                   MORRISON C. ENGLAND, JR.
25                                 UNITED STATES DISTRICT JUDGE