1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LYRA NIESHIA MATTHEWS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        ) NO. 2:07-cr-00557-MCE
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER CONTINUING
14      v.                          ) STATUS CONFERENCE
                                    )
15 LYRA NIESHIA MATTHEWS,           ) Date: May 8, 2008
                                    ) Time: 9:00 a.m.
16              Defendant.          ) Judge: Hon. Morrison C. England,
                                    )        Jr.
17 _____  )

18

19      It is hereby stipulated between the parties, Samantha Spangler,

20 Assistant United States Attorney, attorney for plaintiff, and Mary M.

21 French, Supervising Assistant Federal Defender, attorney for defendant

22 LYRA NIESHIA MATTHEWS, that the Status Conference hearing date of

23 April 10, 2008, is vacated and a new Status Conference hearing date of

24 May 8, 2008, at 9:00 a.m. is hereby set.

25      This continuance is requested because defense counsel has just

26 received a proposed plea agreement from the government and needs

27 additional time to review the proposed plea with defendant.

28      It is further stipulated that the period from April 10, 2008,

1  through and including May 8, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  April 8, 2008                  Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6

7
                                            /s/ Mary M. French
8                                         MARY M. FRENCH
                                          Supervising Assistant
9                                         Federal Defender
                                          Attorney for Defendant
10                                        LYRA NIESHIA MATTHEWS

11
   Dated:  April 8, 2008                  MCGREGOR W. SCOTT
12                                        United States Attorney

13
                                          /s/  Mary M. French for
14                                             Samantha Spangler

15                                        _____
                                          SAMANTHA SPANGLER
                                          Assistant U.S. Attorney
16                                        per telephonic authorization

17

18
   IT IS SO ORDERED.
19
    Dated: April 9, 2008
20

21

22                                        _____
                                          MORRISON C. ENGLAND, JR.
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order                     -2-