1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   LYRA NIESHIA MATTHEWS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )   NO. CR-S-07-557 MCE
                                     )
13                 Plaintiff,        )
                                     )   STIPULATION AND ORDER CONTINUING
14       v.                          )   STATUS CONFERENCE
                                     )
15  LYRA NIESHIA MATTHEWS,           )   Date:  May 15, 2008
                                     )   Time:  9:00 a.m.
16                 Defendant.        )   Judge: Hon. Morrison C. England,
                                     )          Jr.
17  _____ )

18

19       It is hereby stipulated between the parties, Samantha Spangler,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, Supervising Assistant Federal Defender, attorney for defendant

22  LYRA NIESHIA MATTHEWS, that the Status Conference hearing date of

23  May 8, 2008, is vacated and a new Status Conference hearing date of

24  May 15, 2008, at 9:00 a.m. is hereby set.

25       This continuance is requested because the parties are in the

26  process of plea negotiations, but need more time to complete them and

27  defense counsel will then need to review the proposed plea with

28  defendant.

1    It is further stipulated that the period from May 8, 2008, through

2  and including May 15, 2008, should be excluded pursuant to

3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4  counsel and defense preparation.

5  Dated:  May 6, 2008                    Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Defender

7

8                                           /s/ Mary M. French
                                          _____
9                                         MARY M. FRENCH
                                          Supervising Assistant
10                                        Federal Defender
                                          Attorney for Defendant
11                                        LYRA NIESHIA MATTHEWS

12
   Dated:  May 6, 2008                    MCGREGOR W. SCOTT
13                                        United States Attorney

14
                                          /s/  Mary M. French for
15                                             Samantha Spangler

16                                        _____
                                          SAMANTHA SPANGLER
17                                        Assistant U.S. Attorney
                                          per telephonic authorization

18

19 IT IS SO ORDERED.

20
    Dated: May 7, 2008
21

22                                        _____
                                          MORRISON C. ENGLAND, JR.
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                      -2-