1  JOSEPH SCHLESINGER, Cal. Bar # 87692
   Acting Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LYRA MATTHEWS

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No.  2:07-cr-00557 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER
13     v.                           ) TO CONTINUE REVOCATION HEARING
                                    )
14 LYRA MATTHEWS                    )
                                    ) Date:  January 31, 2013
15              Defendant.          ) Time:  9:00 a.m.
                                    ) Judge: Hon. Morrison C. England
16 _____  )

17      The parties request that the revocation hearing in this case be
18 continued from January 10, 2013, to January 31, 2013 at 9:00 a.m.  They
19 stipulate that the time between January 10, 2013 and January 31, 2013
20 should be excluded from the calculation of time under the Speedy Trial
21 Act.  The parties stipulate that the ends of justice are served by the
22 Court excluding such time, so that counsel for the defendant may have
23 reasonable time necessary for effective preparation, taking into account
24 the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local
25 Code T-4.  Specifically, defense counsel needs additional time to review
26 and investigate the facts of the case.
27 ///
28 ///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 8, 2013                  Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender


                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LYRA MATTHEWS

Dated: January 8, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Olusere Olowoyeye*
                                        _____
                                        OLUSERE OLOWOYEYE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Stip and Order                    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the revocation hearing presently set for January 10, 2013, be continued to January 31, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 31, 2013, revocation hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE