1  JOSEPH SCHLESINGER, Cal. Bar # 87692
   Acting Federal Defender
2  DOUGLAS BEEVERS, Cal. Bar #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LYRA MATTHEWS

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) Case No. 2:07-cr-00557-MCE
                                   )
   Plaintiff,                      )
12                                 ) STIPULATION AND ORDER
       v.                          ) TO CONTINUE REVOCATION HEARING
13                                 )
   LYRA MATTHEWS,                  )
14                                 ) Date:  February 7, 2013
   Defendant.                      ) Time:  9:00 a.m.
15                                 ) Judge: Hon. Morrison C. England
   _____ )
16
        The parties request that the revocation hearing in this case be
17
   continued from January 31, 2013, to February 7, 2013 at 9:00 a.m.  They
18
   stipulate that the time between January 31, 2013 and February 7, 2013
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local
24
   Code T-4.  Specifically, defense counsel needs additional time to review
25
   and investigate the facts of the case. The parties stipulate and agree
26
   that the interests of    justice served by granting this continuance
27
   outweigh the best interests of the public and the defendant in a speedy
28

1 | trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

2 | Dated: January 30, 2013          Respectfully submitted,

3 |                                  JOSEPH SCHLESINGER
                                     Acting Federal Defender
4 |

5 |                                  */s/ Douglas Beevers*

6 |                                  ―――――――――――――――――――――――
                                     DOUGLAS BEEVERS
                                     Assistant Federal Defender
7 |                                  Attorney for Defendant
                                     LYRA MATTHEWS
8 |

9 | Dated: January 30, 2013          BENJAMIN B. WAGNER
                                     United States Attorney
10 |

11 |                                 */s/ Olusere Olowoyeye*

12 |                                 ―――――――――――――――――――――――
                                     OLUSERE OLOWOYEYE
                                     Assistant United States Attorney
13 |                                 Attorney for Plaintiff

Stip and Order                       -2-

1

**<u>ORDER</u>**

2     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the revocation hearing presently set for January 31, 2013,
4 be continued to February 7, 2013, at 9:00 a.m. Based on the
5 representation of counsel and good cause appearing therefrom, the Court
6 hereby finds the ends of justice to be served by granting a continuance
7 outweigh the best interests of the public and the Defendant in a speedy
8 trial.  It is ordered that time from the date of this Order to and
9 including the February 7, 2013, revocation hearing shall be excluded from
10 computation of time within which the trial of this matter must be
11 commenced under the Speedy Trial Act pursuant to 18 U.S.C.
12 § 3161(h)(7)(B)(iv) and Local Code T-4.

13

14 IT IS SO ORDERED.

15

16 Dated:  February 1, 2013

17

18

19                         _____
                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
20                        UNITED STATES DISTRICT JUDGE