```
JOSEPH SCHLESINGER, Cal. Bar # 87692
Acting Federal Defender
DOUGLAS BEEVERS, Cal. Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LYRA MATTHEWS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  2:07-cr-0557 MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE DISPOSITION HEARING |
| LYRA MATTHEWS | ) |
| Defendant. | ) Date:  March 14, 2013 |
| | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

The parties request that the Disposition hearing in this case be continued from March 7, 2013, to March 14, 2013 at 9:00 a.m.  They stipulate that the time between March 7, 2013 and March 14, 2013 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of   justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review and investigate the facts of the case. The parties stipulate and agree that the interests of   justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy

1  trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4.

2  Dated: March 6, 2013                    Respectfully submitted,

3                                          JOSEPH SCHLESINGER
                                           Acting Federal Defender
4

5                                          */s/ Douglas Beevers*
                                           _____
6                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
7                                          Attorney for Defendant
                                           LYRA MATTHEWS
8

9  Dated: March 6, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney
10

11                                         */s/ Olusere Olowoyeye*
                                           _____
12                                         OLUSERE OLOWOYEYE
                                           Assistant United States Attorney
13                                         Attorney for Plaintiff

14

15 ///

16

17 ///

18

19 ///

20

21 ///

22

23 ///

24

25 ///

26

27 ///

28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the disposition hearing presently set for March 7, 2013, be continued to March 14, 2013, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the March 14, 2013, Disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE